# The Labor Board, Inc.
# PMB 153
# 11924-22 Forest Hill Blvd.
# Wellington, FL 33414-6258
# Phone: (561) 793-6006
# E-Mail: thelaborboard@aol.com

March 13, 2011

INVOICE

Vassallo, Bilotta, Friedman, and Davis,
1801 Indian Rd., Suite 100
West Palm Beach, FL 33409

Re: Orlando Lawrence v. The Berkley Group, Inc.

Attention: Joe Bilotta, Esq.

Dear Mr. Bilotta,

Some months ago you asked me to work with you on the above referenced case. I thank you for the confidence you have in my work. This is a partial invoice for the work I have completed in this matter through today. At my previously agreed upon rate of $200.00 per hour the charge for this work is $1,250.00

2/7/11 Travel to and attend meeting in attorney's office; review records participate in conference call discuss overall direction of case, strategy and council. 3.5 hours.

2/8/11 Research regarding illegal deduction caused by insurance carried by employees on behalf of the employer. 1.25 hours.

2/9/11 Research outside sales exemption; read cases 1.5 hours.

Thank you for calling upon me to provide these services to you.


Sincerely


Lawrence v Then Berkely Group
Salvador Souto III
President,
The Labor Board, Inc.



PLAINTIFF'S EXHIBIT
4

# The Labor Board, Inc.
# PMB 153
# 11924-22 Forest Hill Blvd.
# Wellington, FL 33414-6258
# Phone: (561) 793-6006
# E-Mail: thelaborboard@aol.com

INVOICE

January 16, 2012

Vassallo, Bilotta, Friedman and Davis
1655 Palm Beach Lakes Blvd., 10th Floor, Suite 1000
West Palm Beach, FL 33401
Attention: Attorney Joe Bilotta

Dear Joe,

This invoice reflects work completed for your firm in the above noted case. The Rate I billed at is $200.00 per hour which is the rate previously agreed to.

5/10/11 3 hours. At your request I traveled to your office and I reviewed the overall file to assist in providing you with my thoughts re: MCC.

5/24/11 2 hours reviewing your proposed MCC.

6/7/11 2.5 hours continuing research into the current law on inside and outside sales work; FLSA OT exemption.

8/25/11 5 hours reviewing incoming data re: class members; help organie file review information from individual class members.

9/28/11 8 hours update work on class members; continue estimating back wage liability.

11/17/11 4 hours begin work putting together my thoughts re: mediation strategy.

12/19/11 3 hours complete my work re; mediation.

This invoice represents 27.5 hours of my work in the above named case. A total of $5500 is due for the services I have provided you in this case.

# The Labor Board, Inc.
# PMB 153
# 11924-22 Forest Hill Blvd.
# Wellington, FL 33414-6258
# Phone: (561) 793-6006
# E-Mail: thelaborboard@aol.com

INVOICE

Page 2.

If you have any questions please call me on my cell at: 561 762 9193.

Sincerely,

Salvador Souto II
President, Inc.