UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61069-CIV-Williams

ORLANDO LAWRENCE and JOAN
CIMO, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

v.

THE BERKLEY GROUP, INC., a Florida
Profit Corporation, TOWER RESORTS
REALTY, INC., a Florida Profit Corporation,
ALWAYS TRAVEL WITH US, INC.,
a Florida Profit Corporation, and
BRUCE POLANSKY, individually,

    Defendants.
_____/

## REQUEST FOR ENTRY OF JUDGMENT

    The Plaintiffs request entry of final judgment pursuant to Rules 54(c) and 58(d) of the Federal Rules of Civil Procedure. The Honorable Court granted Plaintiffs' counsel fees and costs on February 18, 2013 (Doc 170).

    In conformity with the Court's Order Plaintiffs request that judgment be entered against Defendants, The Berkley Group, Inc., Tower Resorts Realty, Inc. Always Travel With US, Inc. and Bruce Polansky, for $83,538 in attorneys' fees and $3,816.06 in costs to Vassallo, Bilotta, Friedman & Davis as well as $29,525.30 in attorneys' fees and $386.50 in costs to Morgan & Morgan.

Judgment should be entered against Defendants for Plaintiffs' counsel *nunc pro tunc* to February 20, 2013 (the date the Order granting fees and costs was docketed by the Clerk).

Accordingly, the Plaintiffs request that final judgment be entered against the Defendants consistent with the Court's February 18, 2013 Order.

Respectfully submitted on this 4th day of March 2013,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Florida Bar No.: 643971
BMazaheri@forthepeople.com
Morgan & Morgan
600 N Pine Island Rd Ste 400
Plantation, FL 33324
Ph: 954-318-0268
Counsel for Plaintiff

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing will be served on all counsel of record via CM/ECF on this 4th day of March 2013.

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri