UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61069-CIV-Williams

ORLANDO LAWRENCE and JOAN
CIMO, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

v.

THE BERKLEY GROUP, INC.,
TOWER RESORTS REALTY, INC.,
ALWAYS TRAVEL WITH US, INC., and
BRUCE POLANSKY,

    Defendants.
_____/

## JUDGMENT IN A CIVIL CASE

This action came before the Court upon motion for attorneys' fees and costs by Plaintiffs' counsel.

It is ordered and adjudged that judgment is entered *nunc pro tunc* as of February 20, 2013, against Defendants, The Berkley Group, Inc., Tower Resorts Realty, Inc. Always Travel With Us, Inc. and Bruce Polansky, for $83,538 in attorneys' fees and $3,816.06 in costs to Vassallo, Bilotta, Friedman & Davis as well as $29,525.30 in attorneys' fees and $386.50 in costs to Morgan & Morgan.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of March, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE